DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE CONCEPT LAW GROUP, P.A.,**
Appellant/Cross-Appellee,

v.

**PETER G. HERMAN** and **PETER HERMAN, P.A.,**
Appellees/Cross-Appellants.

No. 4D2024-1667

[December 18, 2025]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE2011362.

Alexander D. Brown of Concept Law Group, P.A., Fort Lauderdale, and Eric Yesner of Gray Robinson, P.A., Fort Lauderdale, for appellant/cross-appellee.

Robert C. Buschel of Buschel Gibbons, P.A., Fort Lauderdale, Michele K. Feinzig of Michele K. Feinzig, P.A., Coral Springs, and Peter G. Herman of Peter Herman, P.A., Fort Lauderdale, for appellees/cross-appellants.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***